```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 38425
    LAWRENCE ANTHONY EUBANKS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-9200

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/19/2005 and was confirmed 11/09/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  24.65% from remaining funds.

    The case was paid in full 11/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
AMERITECH                  UNSECURED      NOT FILED          .00           .00
CITY OF CHICAGO REVENUE    UNSECURED      NOT FILED          .00           .00
DEP                        UNSECURED      NOT FILED          .00           .00
EVERGREEN MED SPECIALIST   UNSECURED      NOT FILED          .00           .00
MEDICAL COLLECTIONS SYST   NOTICE ONLY    NOT FILED          .00           .00
ILLINOIS STATE HIGHWAY A   UNSECURED        6735.88          .00       1660.66
GC SERVICES                NOTICE ONLY    NOT FILED          .00           .00
MEA ELK GROVE LLC          UNSECURED      NOT FILED          .00           .00
STATE COLLECTION SERVICE   NOTICE ONLY    NOT FILED          .00           .00
PROVINIA MERCY CENTER      UNSECURED      NOT FILED          .00           .00
B-LINE LLC                 UNSECURED            .00          .00           .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY    NOT FILED          .00           .00
US DEPT OF EDUCATION       UNSECURED OTH   4748.05           .00       1170.63
AKIL MOINUDDIN MD          UNSECURED      NOT FILED          .00           .00
AURORA EMERGENCY ASSOCIA   UNSECURED      NOT FILED          .00           .00
CREDITORS DISCOUNT AUDIT   UNSECURED      NOT FILED          .00           .00
PHYSIOTHERAPY ASSOC ILLI   UNSECURED      NOT FILED          .00           .00
PROVINIA MERCY CENTER      UNSECURED      NOT FILED          .00           .00
PELLETTIERI & ASSOC        NOTICE ONLY    NOT FILED          .00           .00
PROVINIA MERCY CENTER      UNSECURED      NOT FILED          .00           .00
EHS TRINITY HOSP EMPLOYE   UNSECURED      NOT FILED          .00           .00
COL/DEBT COLLECTION SYST   NOTICE ONLY    NOT FILED          .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY     2,742.50                    2,742.50
TOM VAUGHN                 TRUSTEE                                       366.21
DEBTOR REFUND              REFUND                                           .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 5,940.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 38425 LAWRENCE ANTHONY EUBANKS
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                        2,831.29
ADMINISTRATIVE                                                   2,742.50
TRUSTEE COMPENSATION                                               366.21
DEBTOR REFUND                                                         .00
                                     ---------------    ---------------
TOTALS                                      5,940.00           5,940.00
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 02/26/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```